IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| HAYDEN POWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs.- ) | No. _____ |
| ) | |
| LARRY T. SIMS, ) | |
| Chief Administrative Officer, ) | |
| Logan Correctional Center, ) | |
| Lincoln, Illinois; ) | |
| WILLARD O. ELYEA, M.D. ) | |
| Agency Medical Director, Illinois ) | |
| Department of Corrections; and ) | |
| ROGER E. WALKER, JR., ) | |
| Director of the Illinois Department ) | |
| of Corrections, ) | |
| ) | |
| Defendants. ) | |

**COMPLAINT**

**Jurisdictional Statement**

Plaintiff is a former inmate at the Logan Correctional Center in Lincoln, Illinois. Plaintiff's civil rights were violated in contravention of 42 U.S.C. §1983 because he did not receive needed medical treatment for a tumor on his neck. Plaintiff is suing each of the Defendants in their personal and professional capacities. As further set forth in this Complaint, Plaintiff has exhausted all administrative remedies.

NOW COMES the Plaintiff, HAYDEN POWERS, by and through HELLER, HOLMES & ASSOCIATES, P.C., and complaining of the Defendants, LARRY T. SIMS, WILLARD O. ELYEA, M.D., and ROGER E. WALKER, JR., in their official and personal capacities, pursuant to 42 U.S.C. § 1983, for actions performed by them in their official capacity under color of state law.

1. This action arises under the Eighth and Fourteenth Amendments to the United States Constitution

and 42 U.S.C. § 1983. Jurisdiction is invoked pursuant to 28 U.S.C.§§ 1331 and 1343(a). This Court has jurisdiction over the Plaintiff's request for declaratory and injunctive relief pursuant to 28 U.S.C.§§ 2201-2202.

2. The Plaintiff is a former inmate at Logan Correctional Center, a prison maintained by the Illinois Department of Corrections (hereinafter "IDOC") in Lincoln, Illinois.

3. The Plaintiff had been previously diagnosed through blood work as having cancer in his neck and had previously had part of the jugular vein, neck muscles and larnyx surgically removed.

4. Defendant LARRY T. SIMS is the Chief Administrative Officer, or warden, of the Logan Correctional Center. In his professional capacity he has denied the grievance filed by Plaintiff with regard to their medical treatment.

5. Defendant WILLARD O. ELYEA, M.D., is the Agency Medical Director of IDOC, and thus has primary responsibility for determining procedures within IDOC for the medical treatment of state inmates. In his professional capacity he has been informed of Plaintiff's complaints and grievances, and has taken no action thereupon.

6. Defendant ROGER E. WALKER, JR., is the Director of IDOC, and in his professional capacity has denied the appeals of grievances filed by Plaintiff in conjunction with the Administrative Review Board of IDOC.

7. Plaintiff has exhausted all administrative remedies available to him.

8. Plaintiff saw a doctor for a mass in his neck and was told by the doctor that the mass was "scar tissue." Plaintiff saw the doctor a second time and was told that the mass was "muscle."

9. Plaintiff was finally told by the doctor that Plaintiff should get a "scan" of the mass in his neck after Plaintiff was released from prison.

10. On November 1, 2004, Plaintiff had the mass examined after he was released from prison.

11. Testing confirmed that the mass was cancerous.

12. Defendants know that a lump in the neck of a person who previously had cancer in the neck presents a substantial risk of serious harm to the Plaintiff.

13. By refusing to properly diagnose or treat Plaintiff's neck, Defendants are deliberately indifferent to the substantial risk of serious harm faced by the Plaintiff.

14. Defendants' refusal to treat Plaintiff for the cancerous mass in his neck is a willful and intentional deprivation meriting a punitive damage award against Defendants.

15. Defendants' refusal to treat Plaintiff for his cancer is causing and continues to cause irreparable harm to Plaintiff.

16. Defendants' refusal to treat Plaintiff for his cancer is causing Plaintiff compensable pain and suffering.

17. Plaintiff filed a grievance on August 29, 2004. The grievance was determined to be of an emergency nature.

18. The grievance was denied on September 3, 2004.

19. Plaintiff wrote a letter to Director Walker appealing the denial of his grievance.

20. Director Walker never answered the Plaintiff's appeal of his grievance.

21. Plaintiff, having exhausted his administrative remedies is now entitled to file suit in United States District Court.

   WHEREFORE, Plaintiff prays this court for a declaration that Defendants violated the rights of Plaintiff under the 8th and 14th Amendments to the United States Constitution. Plaintiff also prays for his attorneys' fees pursuant to 42 U.S.C.§ 1988. Finally, Plaintiff prays for damages from the Defendants in the sum of $1,000,000 (One Million Dollars) for the pain and suffering he has had to endure as a result of Defendants' constitutional violations.

/s/ H. Kent Heller
Heller, Holmes & Associates, P.C.
1101 Broadway Ave.
P.O. Box 889
Mattoon, IL 61938
Telephone: 217-235-2700
Fax: 217-235-0743
email kent@hhlawoff.com

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was either electronically served or mailed by U.S. Mail, postage fully paid, this 9th day of August, 2006, to the following:

>Assistant Attorney General
>500 South Second Street
>Springfield, IL 62706

>/s/    H. Kent Heller
>HELLER, HOLMES & ASSOCIATES, P.C.
>1101 Broadway Ave., P.O. Box 889
>Mattoon, IL 61938
>Tel:  217-235-2700
>Fax: 217-235-0743
>ARDC #1181009
>E-Mail: kent@hhlawoff.com
>Attorney for Plaintiff

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

E-FILED
Thursday, 02 November, 2006 01:48:04 PM
Clerk, U.S. District Court, ILCD

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Hayden Powers

## DEFENDANTS
Larry T. Sims, Willard O. Elyea, M.D., and Roger E. Walker, Jr.

**(b)** County of Residence of First Listed Plaintiff: Orleans Parish, LA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Logan County, IL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Heller, Holmes & Associates, P.C. P.O. Box 889 Mattoon, IL 61938-0889 217-235-2700

Attorneys (If Known)
Illinois Attorney General

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- **X** 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | **X** 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | **X** 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | **X** 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- **X** 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. Section 1983
Brief description of cause:
Plaintiff alleges that Defendants failed to diagnose and treat the mass in his neck given his history of cancer. The mass turned out to be cancer.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $** 1,000,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 11-1-06
SIGNATURE OF ATTORNEY OF RECORD: H. Kent Heller

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI. **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**. Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases**. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.