**E-FILED**
Monday, 15 January, 2007  03:13:37 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HAYDEN POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs.- | ) | No. 3:06-cv-3256 |
| | ) | |
| LARRY T. SIMS, | ) | |
| Chief Administrative Officer, | ) | |
| Logan Correctional Center, | ) | |
| Lincoln, Illinois; | ) | |
| WILLARD O. ELYEA, M.D. | ) | |
| Agency Medical Director, Illinois | ) | |
| Department of Corrections; and | ) | |
| ROGER E. WALKER, JR., | ) | |
| Dir. of the Illinois Dept. of Corrections | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes the Plaintiff, HAYDEN POWERS, by and through HELLER HOLMES & ASSOCIATES, P.C., and for his Notice of Voluntary Dismissal, states as follows:

1. Plaintiff seeks to voluntarily dismiss the above-captioned case.

2. Defendants have not entered their appearance, nor has any counsel entered an appearance on Defendants' behalf.

WHEREFORE, Plaintiff, HAYDEN POWERS, respectfully requests this Court to dismiss his case without prejudice and for such other relief this Court deems just and equitable.

/s/ H. Kent Heller
Heller, Holmes & Associates, P.C.
1101 Broadway Ave.
P.O. Box 889
Mattoon, IL 61938
Telephone:  217-235-2700
Fax: 217-235-0743
email kent@hhlawoff.com

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was either electronically served or mailed by U.S. Mail, postage fully paid, this 9th day of August, 2006, to the following:

> Assistant Attorney General
> 500 South Second Street
> Springfield, IL 62706

/s/    H. Kent Heller

HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Ave., P.O. Box 889
Mattoon, IL 61938
Tel:  217-235-2700
Fax: 217-235-0743
ARDC #1181009
E-Mail: kent @hhlawoff.com
Attorney for Plaintiff